UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Christopher M. Palermo

    v.        Civil No. 13-cv-232-JL

NH State Prison

### ORDER GRANTING MOTION TO PROCEED
### *IN FORMA PAUPERIS*

The plaintiff, an inmate at New Hampshire State Prison ("Institution"), has filed a motion to proceed *in forma pauperis* in the above-captioned case, which is accompanied by a certificate signed by an authorized individual from the Institution. The certificate evidences that for the six-month period preceding the filing, the plaintiff's average deposits have been $110.75 and the plaintiff's average monthly balance has been $34.42. Plaintiff has also submitted a signed consent form indicating consent to permit inmate accounts to make court-ordered payments on his behalf.

The motion to proceed *in forma pauperis* is GRANTED. While 28 U.S.C. § 1915(b)(1) requires the court assess an initial filing fee, given the plaintiff's current balance of $.17 there shall be no initial filing fee assessed. Monthly payments of 20% of each preceding month's income credited to the plaintiff's account shall be remitted by the Institution when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. 28 U.S.C. § 1915(b)(2).

The monthly payments as outlined above, shall be forwarded to the Clerk of Court by the Institution in accordance with this Order. A copy of this Order, along with a copy of the signed

Prisoner Consent Form (doc. no. 4), shall be forwarded by the Court to the Institutions inmate account department.

  SO ORDERED.

                /s/ Daniel J. Lynch
                Daniel J. Lynch
                United States Magistrate Judge

Dated: July 8, 2013

cc: Christopher M. Palermo, pro se
   N.H. State Prison Inmate Accounts