UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Christopher M. Palermo</u>

    v.                                   Case No. 13-cv-232-JL

<u>William Wrenn, Commissioner,</u>
<u>New Hampshire Department of</u>
<u>Corrections; Richard Gerry,</u>
<u>Warden, New Hampshire State</u>
<u>Prison; and James Daly, Chaplain,</u>
<u>New Hampshire State Prison</u>

## **REPORT AND RECOMMENDATION**

Before the court is defendants' motion to dismiss (doc. no. 14). No objection was filed by pro se plaintiff, Palermo. For the reasons set forth in defendants' motion (doc. no. 14):

1. damages claims under RLUIPA should be dismissed;

2. damages claims against defendants in their official capacities should be dismissed; and

3. damages claims against NHSP brought under § 1983 should be dismissed.

Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice. <u>See</u> Fed. R. Civ. P. 72(b)(2). Failure to file objections within the specified time waives the right to appeal the district court's order. <u>See</u> <u>United States v. De Jesús-Viera</u>, 655 F.3d 52, 57 (1st Cir. 2011); <u>Sch. Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 ((1st Cir. 2010).

```
                                  /s/ Andrea K. Johnstone
                                  Andrea K. Johnstone
                                  United States Magistrate Judge
```

March 16, 2015

cc:   Christopher M. Palermo, pro se
      Francis C. Fredericks, Esq.