UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Christopher M. Palermo</u>

   v.          Civil No. 13-cv-232-JL

<u>NH State Prison, Warden et al</u>

<u>O R D E R</u>

  No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 16, 2015.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988)); <u>see</u> <u>also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

  SO ORDERED.

                _____
                Joseph N. Laplante
                Chief Judge

Date: April 10, 2015


cc: Christopher Palermo, pro se
   Francis Charles Fredericks, Esq.